IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| FULTON DISCOUNT LIQUORS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No.  1:19-cv-01958-GLR |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT THE HARTFORD FINANCIAL SERVICES GROUP, INC. ONLY**

Plaintiff Fulton Discount Liquors, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses its claims against Defendant The Hartford Financial Services Group, Inc. only without prejudice.  Plaintiff will continue to pursue its claims against the remaining Defendant, Sentinel Insurance Company, Limited.

Respectfully Submitted,

/s/ Peter K. Hwang
Peter K. Hwang
District Court Bar No. 19052
Sung & Hwang LLP
9256 Bendix Road
Suite 109
Columbia, MD 21045
Tel:  (410) 772-2324
Fax:  (410) 772-2328
phwang@sungandhwang.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of August, 2019, a true and correct copy of the foregoing was served via the Court's ECF system on:

George E. Reede, Jr.
Jessica E. Pak
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202

*Counsel for Defendants*

                                          /s/ Peter K. Hwang
                                          Peter K. Hwang